**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **ISABEL CRUZ** | § | |
| | § | |
| **V.** | § | **Civil Action No. 5:26-cv-00058-JRG-JBB** |
| | § | |
| **BLANCHE, ET AL.** | § | |

**ORDER OF DISMISSAL**

Before the Court is Plaintiff's Notice of Voluntary Dismissal. Docket No. 8. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Isabel Cruz dismisses, without prejudice, all of Plaintiff's claims against Defendants. Defendants have not served an answer, a motion for summary judgment, or any other responsive pleading. Accordingly, it is hereby

**ORDERED** that Plaintiff's Notice of Voluntary Dismissal (Docket No. 8) is accepted by the Court. The Court further **ORDERS** that Plaintiff's claims against Defendants are **DISMISSED** without prejudice.

All relief not previously granted is **DENIED**.

The Clerk of the Court is directed to **CLOSE** this civil action.

**So Ordered this**

**Sep 4, 2026**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE